UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 0:23-CR-00071001-NEB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S MOTION** |
| | ) **FOR A VARIANCE** |
| MAXWELL WINSTON BEARDSLEY, | ) |
| Defendant. | ) |

Defendant Maxwell Beardsley, by and through his undersigned counsel, respectfully moves the Court for a variance from the Sentencing Guidelines range attributable to him in the present case, 18 U.S.C. 3553(a) and as set forth in the Presentence Investigation Report. Mr. Beardsley makes this motion based on the conte4mporaneously filed position paper regarding sentencing and the arguments of counsel.

Respectfully submitted,

GROSHEK LAW

Dated: November 29, 2023

/s/ Jessica L. Rugani
Jessica L. Rugani (#261439)
Christa J. Groshek (#303331)
302 N. 10th Av
Minneapolis, MN. 55401
(612) 827-3833
christa@grosheklaw.com
jessicar@grosheklaw.com

ATTORNEYS FOR DEFENDANT